UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)    3:09-md-02100-DRH<br>)<br>)    MDL No. 2100<br>) |

**This Document Relates To:**

*Maria Isabel Pujals-Torregrosa v.*           No. 09-cv-20031-DRH
*Berlex, Inc., et al*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on March 6, 2015, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,<br>ACTING CLERK OF COURT

Digitally signed by David R. Herndon
Date: 2015.03.09 15:02:44 -05'00'

BY:  /s/*Caitlin Fischer*
**Deputy Clerk**

APPROVED:
    DISTRICT JUDGE
    U. S. DISTRICT COURT